IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

UNITED STATES OF AMERICA,

          *Plaintiff,*         DOCKET NO. 3:92 CR 294-MU

   vs.

MONTIRICO PHARR,            ORDER RE: DEFENDANT'S
                                APPLICATION TO FILE HIS
                                POSITION RE: SENTENCING
         *Defendant.*        *UNDER SEAL*

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the
document, Defendant's Position Re: Sentencing; Exhibits *Filed Under Seal* be filed *under
seal*.

Signed: December 10, 2007

Graham C. Mullen
United States District Judge

1